

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-CV-62264-JEM

JAMES D. SALLAH, as Receiver,
for MRT LLC and MRT Holdings LLC,

　　　　Plaintiff,

vs.

WORLDWIDE CLEARLING LLC;
et al.,

　　　　Defendants.
_____/



### ANSWER TO THE RECEIVER'S AMENDED COMPLAINT TO AVOID FRAUDULENT TRANSFERS AND FOR RELATED RELIEF

　　The Defendants RAMI SMIDI, BRET THREDWELL, DAVID MORTON, ERROL WARNER, III, and FRANCIS MC LEAN by and through the undersigned counsel and pursuant to the Fed. R. Civ. P. 12 and files this her Answer to the Receiver's Amended Complaint to Avoid Fraudulent Transfers and for Related Relief and furtherance thereof and states as follows:

### GENERAL ALLEGATIONS

　　1.　　The Defendant is without knowledge as to the truth or falsity of this allegation; and therefore it is Denied.

　　2.　　The Defendant is without knowledge as to the truth or falsity of this allegation; and therefore it is Denied.

　　3.　　The Defendant is without knowledge as to the truth or falsity of this allegation; and therefore it is Denied.

　　4.　　The Defendant is without knowledge as to the truth or falsity of this allegation; and therefore it is Denied.

## JURISDICTIONAL AND VENUE ALLEGATIONS

5. The Defendant is without knowledge as to the truth or falsity of this allegation; and therefore it is Denied.

6. The Defendant is without knowledge as to the truth or falsity of this allegation; and therefore it is Denied.

7. The Defendant is without knowledge as to the truth or falsity of this allegation; and therefore it is Denied.

## FACTS

8. The Defendant is without knowledge as to the truth or falsity of this allegation; and therefore it is Denied.

9. The Defendant is without knowledge as to the truth or falsity of this allegation; and therefore it is Denied.

10. The Defendant is without knowledge as to the truth or falsity of this allegation; and therefore it is Denied.

11. The Defendant is without knowledge as to the truth or falsity of this allegation; and therefore it is Denied.

12. The Defendant is without knowledge as to the truth or falsity of this allegation; and therefore it is Denied.

13. The Defendant is without knowledge as to the truth or falsity of this allegation; and therefore it is Denied.

14. The Defendant is without knowledge as to the truth or falsity of this allegation; and therefore it is Denied.

15. The Defendant is without knowledge as to the truth or falsity of this allegation; and therefore it is Denied.

16. The Defendant is without knowledge as to the truth or falsity of this allegation; and therefore it is Denied.

17. The Defendant is without knowledge as to the truth or falsity of this allegation; and therefore it is Denied.

18. The Defendant is without knowledge as to the truth or falsity of this allegation; and therefore it is Denied.

19. The Defendant is without knowledge as to the truth or falsity of this allegation; and therefore it is Denied.

20. The Defendant is without knowledge as to the truth or falsity of this allegation; and therefore it is Denied.

21. The Defendant is without knowledge as to the truth or falsity of this allegation; and therefore it is Denied.

22. The Defendant is without knowledge as to the truth or falsity of this allegation; and therefore it is Denied.

23. The Defendant is without knowledge as to the truth or falsity of this allegation; and therefore it is Denied.

24. Denied.

## COUNT I-FRADULENT TRANSFER
### Florida Statute §726.105 (1) (a) - False Profit Payments to the Investor Defendants

25. The Defendant reavers the answers as stated in paragraph 1 through 24.

26. The Defendant is without knowledge as to the truth or falsity of this allegation; and therefore it is Denied.

27. The Defendant is without knowledge as to the truth or falsity of this allegation; and therefore it is Denied.

28. The Defendant is without knowledge as to the truth or falsity of this allegation; and therefore it is Denied.

29. The Defendant is without knowledge as to the truth or falsity of this allegation; and therefore it is Denied.

30. Denied.

31. The Defendant is without knowledge as to the truth or falsity of this allegation; and therefore it is Denied.

32. The Defendant is without knowledge as to the truth or falsity of this allegation; and therefore it is Denied.

## COUNT II-FRADULENT TRANSFER
### Florida Statute §726.105 (1) (b) - False Profit Payments to the Investor Defendants

33. The Defendant reavers the answers as stated in paragraph 1 through 24.

34. The Defendant is without knowledge as to the truth or falsity of this allegation; and therefore it is Denied.

35. The Defendant is without knowledge as to the truth or falsity of this allegation; and therefore it is Denied.

36. The Defendant is without knowledge as to the truth or falsity of this allegation; and therefore it is Denied.

37. The Defendant is without knowledge as to the truth or falsity of this allegation; and therefore it is Denied.

38. The Defendant is without knowledge as to the truth or falsity of this allegation; and therefore it is Denied.

39. The Defendant is without knowledge as to the truth or falsity of this allegation; and therefore it is Denied.

40. The Defendant is without knowledge as to the truth or falsity of this allegation; and therefore it is Denied.

## COUNT III-FRADULENT TRANSFER
## Florida Statute §726.106 (1) - False Profit Payments to the Investor Defendants

41.   The Defendant reavers the answers as stated in paragraph 1 through 24.

42.   The Defendant is without knowledge as to the truth or falsity of this allegation; and therefore it is Denied.

43.   The Defendant is without knowledge as to the truth or falsity of this allegation; and therefore it is Denied.

44.   The Defendant is without knowledge as to the truth or falsity of this allegation; and therefore it is Denied.

45.   The Defendant is without knowledge as to the truth or falsity of this allegation; and therefore it is Denied.

46.   The Defendant is without knowledge as to the truth or falsity of this allegation; and therefore it is Denied.

47.   The Defendant is without knowledge as to the truth or falsity of this allegation; and therefore it is Denied.

## COUNT IV – UNJUST ENRICHMENT
## False Profit Payment to the Investor Defendant

48.   The Defendant reavers the answers as stated in paragraph 1 through 24.

49.   The Defendant is without knowledge as to the truth or falsity of this allegation; and therefore it is Denied.

50.   Denied.

51.   Denied.

52.   Denied.

53.   Denied.

(INTENTIONALLY LEFT BLANK)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via US Mail to: Edward H. Davis, Jr., Astigarraga Davis, 701 Brickell Avenue, 16th Floor, Miami, FL 33131 and Jeffrey R. Sonn; Sonn & Erez, PLC, Broward Financial Center, Suite 1600, 500 East Broward Boulevard, Ft. Lauderdale, FL 33394 this 18th day of April 2011.

Respectfully Submitted,

Horecia I. Walker, P.A.
PO Box 3062
Hallandale, FL  33008
Telephone (954) 894-9962
Facsimile (954) 446-1635

_____
Horecia Walker, Esq.
Florida Bar No: 0822191