UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:    10-CIV-62264-RNS

JAMES D. SALLAH, as Receiver for MRT LLC
And MRT Holdings LLC,
    Plaintiff,

vs.

WORLDWIDE CLEARING LLC, et al.
    Defendants.
_____/

**NOTICE OF FILING DEFENDANT'S, DAVID MORTON,
RESPONSES TO RECEIVER'S FIRST REQUEST FOR PRODUCTION**

The Defendant, David Morton, by and through the undersigned counsel hereby gives notice of filing Defendant's Responses to Receiver's First Request For Production.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 30th day of January, 2012 to the following on the mailing list attached hereto.

IVY, MILLER & WALKER, P.A.
700 East Atlantic Boulevard
Suite 201
Pompano Beach, FL 33060
Tel: (954) 691-4554
Fax: (954) 944-0838
Email: counsel@ivymillerwalkerlaw.net

/s/  Horecia I. Walker
Horecia I. Walker, Esq.
Florida Bar No. 0822191
Arianne Etuk, Esq.
Florida Bar No. 0834831

## **Service List**

Edward H. Davis, Jr., Esq.
Arnoldo B. Lacayo, Esq.
Rodrigo S. Da Silva, Esq.
Astigarraga Davis
701 Brickell Avenue, 16th Floor
Miami, Florida 33131

Jeffrey R. Sonn, Esq.
Jennifer L. Poole, Esq.
Sonn & Erez, PLC
Broward Financial Center, Suite 1700
500 East Broward Blvd.
Fort Lauderdale, Florida 33394