UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-62264-Civ-SCOLA

JAMES D. SALLAH, as Receiver
for MRT LLC and MRT Holdings LLC,

  Plaintiff,
vs.

WORLDWIDE CLEARING LLC, *et al*.

  Defendants.
_____/

### ORDER DENYING MOTION TO DISMISS

  THIS MATTER is before the Court on Defendant David Morton's Motion to Dismiss For Failure to State a Cause of Action (ECF No. 336).  First, Defendant Morton's Motion to Dismiss is procedurally improper because Defendant Morton has previously filed an Answer to the Plaintiff's Amended Complaint.  (Answer, ECF No. 83.)  The defense of "failure to state a claim upon which relief can be granted" may only be raised in a pleading, in a motion for judgment on the pleadings, or at trial.  Fed. R. Civ. P. 12(h)(2).  Second, Defendant Morton's Motion to Dismiss fails for the reasons explained by this Court in its previous Omnibus Order Denying Defendants' Motions to Dismiss (ECF No. 337).  That Order addresses each of the arguments presented by Defendant Morton in the pending Motion to Dismiss.

  Having considered the motion, the record, and the relevant legal authorities, and for the reasons explained here and in this Court's Omnibus Order (ECF No. 337) it is ORDERED and ADJUDGED that David Morton's Motion to Dismiss is DENIED.

  **DONE and ORDERED** in chambers, at Miami, Florida, on May 9, 2012.

              _____
              ROBERT N. SCOLA, JR.
              UNITED STATES DISTRICT JUDGE

Copies to:
*All Counsel of Record*
*All Pro Se Parties of Record*